MONTALVO, APPELLEE, *v.* RIVERA, APPELLANT.

District Court of Mayagüez.

No. 2314.—Decided April 17, 1922.

The court sustained the action of the court below in adjusting the conflict in the evidence which was sufficient to support the judgment for ejectment and nullity of records.—Mr. Justice Aldrey delivered the opinion of the court.

---

ALVAREZ, APPELLANT, *v.* DÍAZ, APPELLEE.

District Court of Arecibo.

Action to Annul Sale of Real Property.

No. 2441.—Decided April 17, 1922.

The court below dismissed the case without costs. The plaintiff-appellant asked for a reversal because of error in weighing the evidence. *Held*: That considering the oral evidence the error assigned does not appear to have been committed.—*Affirmed.*—Mr. Justice Aldrey delivered the opinion of the court.